```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :
                                             :    25-CR-204 (VEC)
         -against-                           :
                                             :         ORDER
                                             :
JOSHUA SCHUSTER,                             :
                          Defendant.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS this case has been assigned to the Undersigned, it is hereby ORDERED that all parties shall appear for an arraignment and initial conference on **Friday, May 16, 2025, at 4:00 P.M.,** in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date: May 9, 2025
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**