# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : 25-cr-00204 (VEC) |
| v. | : |
| | : **NOTICE OF MOTION TO** |
| JOSHUA SCHUSTER, | : **WITHDRAW AS COUNSEL** |
| | : **FOR DEFENDANT JOSHUA** |
| Defendant. | : **SCHUSTER** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the U.S. District Court for the Southern District of New York ("Local Rule 1.4") and upon the attached Declaration of Genny Ngai and Memorandum of Law, both dated September 8, 2025, the undersigned moves for an Order:

1. Allowing Morrison Cohen LLP and its attorneys Genny Ngai, Eric Creizman, and David Ross to withdraw as attorneys for the defendant Joshua Schuster in the above-captioned case; and

2. Entering any such other relief as the Court may find just and proper.

Dated: New York, New York
September 8, 2025

Respectfully submitted,

/s/Genny Ngai
Genny Ngai
MORRISON COHEN LLP
909 Third Avenue, Fl. 27
New York, New York 10022
Tel.: (212) 735-8849
gngai@morrisoncohen.com

#13972437v4\025301\0004