AO 154 (10/03) Substitution of Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2025

# UNITED STATES DISTRICT COURT

Southern **District of** New York

United States
Plaintiff (s),
V.
Joshua Schuster
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 25 Cr. 204 (VEC)

Notice is hereby given that, subject to approval by the court, __Joshua Schuster__ substitutes
(Party (s) Name)

__Max Nicholas__, State Bar No. __4692463__ as counsel of record in
(Name of New Attorney)

place of __Genny Ngai__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Max Nicholas LLC
Address: 40 Exchange Place, Suite 1800
Telephone: (646) 741-0229        Facsimile
E-Mail (Optional):

I consent to the above substitution.
Date:
_(Signature of Party (s))_

I consent to being substituted.
Date: 9/17/25
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 9/16/2025
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: September 22, 2025
_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

The Clerk of Court is respectfully directed to terminate Genny Ngai, David Eric Ross, and Eric M. Creizman as attorneys for Defendant in this matter. The Morrison Cohen LLP attorneys' motion to withdraw as counsel that was filed *ex parte* will remain under seal.