

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/6/2025
```

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

November 5, 2025

**BY ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007



<u>United States v. Joshua Schuster, No. 25 Cr. 204 (VEC)</u>

Dear Judge Caproni:

    I respectfully write on behalf of Joshua Schuster in the above-captioned case to request that the Court permit him to take a trip with his immediate family from Florida (the state of his residence) to Arizona from November 21, 2025 to November 28, 2025. The purpose of the trip is to visit other family members who live in Arizona, over the Thanksgiving holiday.

    I have conferred with Pretrial Services and with the Government, and both consent to this request.

Respectfully submitted,

MAX NICHOLAS LLC

/s/ *Max Nicholas*

_____
Max Nicholas
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229

cc: Daniel Nessim, AUSA

Application GRANTED.  Defendant is permitted to travel with his immediate family from Florida to Arizona **from Friday, November 21, 2025, to Friday, November 28, 2025**, for the Thanksgiving holiday.  By **Friday, November 14, 2025,** Defendant is directed to provide Pretrial Services with his flight information and travel itinerary, including information on where he will be staying in Arizona.

SO ORDERED.

*[Signature: Valerie Caproni]*   11/6/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE