

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

February 10, 2026

**BY ECF**

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Joshua Schuster*, 25 Cr. 204 (VEC)

Dear Judge Caproni:

    The Government understands that the defendant wishes to change his plea and enter a guilty plea to Count Two of the Indictment. The parties respectfully request that the Court set a change-of-plea proceeding for February 27, 2026 at 3 p.m.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: /s/
    Daniel G. Nessim
    Assistant United States Attorney
    (212) 637-2486

cc: Defense Counsel (by ECF)