

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED:  2/10/2026      │
└─────────────────────────────┘
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

February 10, 2026

**BY ECF**

**MEMO ENDORSED**

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Joshua Schuster*, 25 Cr. 204 (VEC)

Dear Judge Caproni:

    The Government understands that the defendant wishes to change his plea and enter a guilty plea to Count Two of the Indictment. The parties respectfully request that the Court set a change-of-plea proceeding for February 27, 2026 at 3 p.m.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: /s/
    Daniel G. Nessim
    Assistant United States Attorney
    (212) 637-2486

cc: Defense Counsel (by ECF)

---

Application GRANTED.  The parties are directed to appear for a change-of-plea hearing in this case on **Friday, February 27, 2026, at 3:00 P.M.**  The hearing will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

*[signature: Valerie Caproni]*    2/10/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE