USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/3/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :
                                             :         25-CR-204 (VEC)
           -against-                         :
                                             :         ORDER
                                             :
JOSHUA SCHUSTER,                             :
                         Defendant.          :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 27, 2026, Defendant Joshua Schuster pled guilty to Count Two

of the Indictment;

IT IS HEREBY ORDERED that the parties must appear for sentencing on **Thursday,**

**July 9, 2026, at 10:00 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan U.S.

Courthouse, 500 Pearl Street, New York, New York 10007.  Sentencing submissions are due not

later than **Thursday, June 25, 2026**.  All outstanding deadlines are hereby VACATED.


           **SO ORDERED.**

                                             _____
Date:  March 3, 2026                              **VALERIE CAPRONI**
       New York, NY                          **United States District Judge**