

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/22/2026___

May 21, 2026

**MEMO ENDORSED**

**BY ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

### United States v. Joshua Schuster, No. 25 Cr. 204 (VEC)

Dear Judge Caproni:

My firm represents Joshua Schuster in the above-captioned case. Mr. Schuster entered a guilty plea to Count Two of the Indictment on February 27, 2026, and his sentencing is currently scheduled for July 9, 2026. I respectfully write to make two requests of the Court relating to sentencing deadlines. I have conferred with the Government and they consent to each of these requests.

The first request is that the deadline for the Probation Department's disclosure of its Final Pre-Sentence Investigation Report be adjourned by one week (my understanding from Probation is that the Final PSR is currently due on May 22, 2026). The reason for this request is to allow more time for Probation to review a number of files that Mr. Schuster and counsel have sent to Probation (such as medical records and financial records), some of which were held up by a technical issue the first time they were sent, before completing the Final PSR.

The second request is for an adjournment of the sentencing date, and current sentencing submission deadlines, by approximately 30 days. The reason for this request is that I am scheduled to begin a criminal trial before Judge Furman on June 8, 2026, which I am now confident is not going to resolve prior to trial, and which I believe will last between two and three weeks. I believe that the trial will be over by June 29, 2026 at latest. However, during the trial and in the next two weeks while I am preparing for trial, I will not be able to work on Mr. Schuster's sentencing submission or prepare for the sentencing hearing. My request is meant to ensure that I have sufficient time to give the sentencing submission and sentencing advocacy the time that they deserve.

I thank the Court for its consideration of each of these requests. In an abundance of caution, although we are not requesting an adjournment that would



implicate these dates, I note that the Government would unavailable for sentencing the week of August 31.

Respectfully submitted,

MAX NICHOLAS LLC

/s/ *Max Nicholas*

_____

Max Nicholas
100 Pearl Street
Suite 1801
New York, NY 10004
646-741-0229

cc: Daniel Nessim, AUSA

Application GRANTED.  The Probation Office is encouraged to submit its final pre-sentence investigation report by **Friday, May 29, 2026**.  Defendant's sentencing scheduled for Thursday, July 9, 2026, is ADJOURNED to **Tuesday, August 11, 2026, at 10:30 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Sentencing submissions are due not later than **Tuesday, July 28, 2026**.

SO ORDERED.

5/22/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2