MAX NICHOLAS LLC

100 Pearl Street, Suite 1801
New York, New York 10004
646-741-0229

maxnicholasllc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 10/5/2026

October 3, 2026

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**United States v. Schuster, 25 Cr. 204 (VEC)**

Dear Judge Caproni:

Defendant Joshua Schuster is currently scheduled to surrender to the custody of the Bureau of Prisons, following his conviction and sentencing in this case, on October 20, 2026. I respectfully write to ask that the Court extend his surrender date by approximately 30 days. This is the first such request Mr. Schuster has made. I have conferred with the Government, and the Government consents to this request.

An extension of approximately 30 days will meaningfully aid Mr. Schuster in making preparations with his family for his period of incarceration. He is currently helping to ensure that his family is organized with respect to a number of practical (but critical) matters such as healthcare and education for the time when he is away. An additional 30 days will also help him complete certain administrative items he is working on, such as filing outstanding tax returns and attending medical appointments before his period of incarceration begins (the latter holds especial importance because Mr. Schuster has a complex medical history).

I thank the Court for considering this request.

Respectfully submitted,

MAX NICHOLAS LLC

_____/s/______________
Max Nicholas
100 Pearl Street
Suite 1801
New York, NY 10004
646-741-0229

Application GRANTED. Defendant's surrender date is hereby ADJOURNED to **Tuesday, November 17, 2026**. **Defendant is advised that this date will not be extended further.**

SO ORDERED.

Valerie Caproni 10/5/2026

HON. VALERIE CAPRONI