USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, -against- JOSHUA SCHUSTER, Defendant. | : | 25-CR-204 (VEC) ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 7, 2026, the Court entered an order of restitution in this matter, *see* Dkt. 51;

WHEREAS the Court was previously notified that Mr. August Young believes he is entitled to restitution; and

WHEREAS the Court has reviewed the materials submitted in support of Mr. Young's restitution claim;

IT IS HEREBY ORDERED that Mr. Young is not entitled to restitution in this matter. While Mr. Young may be able to pursue claims against Defendant in a separate civil action, such an action would be beyond the Court's jurisdiction in this matter.

**SO ORDERED.**

**Date: October 7, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**